UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:00-CR-00181-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHESNEY DEVON FAIRCLOUGH | ) | |

This matter is before the court on defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on retroactive amendments to the sentencing guidelines pertaining to crack cocaine offenses. (DE # 81.) In accordance with this district's practice, the United States Probation Office reviewed the motion and prepared a report setting forth its calculation of the amended guideline imprisonment range. In response to the Probation Office, the government has noted that while it agrees that defendant is eligible for a sentence reduction, it disagrees with the Probation Office's calculation. Within 30 days of the date of this order, the government is DIRECTED to file a response to defendant's motion, fully setting forth the grounds for its position on this issue. Within 14 days thereafter, defendant may file a reply to the government's response.

This 18 June 2014.

W. Earl Britt
Senior U.S. District Judge